IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **INTERBANK and** § | | |
| **REAL ESTATE HOLDINGS, LLC, FOR** § | | |
| **THE BENEFIT OF ITS SERIES B** § | | |
| Plaintiffs, § | | |
| v. § | Civil Action No. 6:21-cv-00024 | |
| § | | |
| **PELLETIER MANAGEMENT AND** § | | |
| **CONSULTING, LLC,** § | | |
| **GAETAN PELLETIER, individually and** § | | |
| as Trustee of the Nancy Pelletier § | | |
| Preservation Trust, and § | | |
| **NANCY PELLETIER, individually and** § | | |
| as Trustee of the Gaetan Pelletier § | | |
| Irrevocable Trust § | | |

**MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANT NANCY PELLETIER**

Plaintiffs InterBank ("**InterBank**") and Real Estate Holdings, LLC, For the Benefit of Its Series B ("**REH**") (collectively herein, "**Plaintiffs**"), request the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against Nancy Pelletier, individually and as Trustee of the Gaetan Pelletier Irrevocable Trust ("**Nancy Pelletier**"). In support of this request, Plaintiffs rely upon the record in this case and the affidavit submitted herein as required by Federal Rule of Civil Procedure 55(a)(b)(1).

1. On May 15, 2021, Plaintiffs filed the Complaint against Pelletier Management and Consulting, LLC ("**PMC**"), Gaetan, individually and as trustee of The Nancy Pelletier Preservation Trust ("**Gaetan**"), and Nancy Pelletier (collectively, "**Defendants**").

2. On June 23, 2021, Defendants, including Nancy Pelletier, filed their Answer and Counterclaim." *See* Doc. 5.

3. On November 19, 2021, Plaintiffs filed their Motion for Leave to File Amended Complaint.

1

2

4.        On December 17, 2021, the Court granted Plaintiffs' Motion for Leave to File Amended Complaint and granted "Defendants leave to amend their Answer and Counterclaim in light of the Plaintiffs' First Amended Complaint." *See* Doc. 21 (the "**Order**").

5.        Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants were required to file a response to the First Amended Complaint. However, the Court's Order specifically stated that the Defendants "may file their amended answer, counterclaim, or other responsive pleadings no later than twenty-one days from the date of this Order," rather than within fourteen days as required by Federal Rule of Civil Procedure 15(a)(3). *See* Doc. 21 and Fed. R. Civ. P. 15(a)(3).

6.        On January 19, 2022, Gaetan and PMC filed their First Amended Answer and Counterclaim, noting that it was not filed on behalf of Nancy Pelletier, in either of her capacities. *See* Doc. 22, at p. 1.

7.        Therefore, from the record it appears that Nancy Pelletier has not filed a responsive pleading to Plaintiffs' First Amended Complaint, as required by Federal Rule of Civil Procedure 15(a)(3). Thus, Plaintiffs request that the Court enter a default judgment against Nancy Pelletier, individually and as Trustee of the Gaetan Pelletier Irrevocable Trust, for failure to file a responsive pleading to Plaintiffs' First Amended Complaint.

Respectfully submitted,

CRAIN, CATON & JAMES, PC

By: /s/ *William P. Huttenbach*
    William P. Huttenbach
    State Bar No. 24002330
    Southern District ID No. 21742
    1401 McKinney, Suite 1700
    Houston, Texas 77010-4035
    713-658-2323 Main
    713.658.1921 Fax
    whuttenbach@craincaton.com

**ATTORNEYS FOR PLAINTIFFS, INTERBANK AND REAL ESTATE HOLDINGS, LLC, FOR THE BENEFIT OF ITS SERIES B**

OF COUNSEL:
Kristina L. Cunningham
State Bar No. 24049712
Southern District ID NO. 3101941
Crain, Caton & James, PC
1401 McKinney, Suite 1700
Houston, Texas 77010-4035
713.752.8643 KLC Direct
kcunningham@craincaton.com

### CERTIFICATE OF WORD COUNT

I hereby certify that the relevant content of this document consists of 374 words.

    */s/ Kristina L. Cunningham*
    Kristina L. Cunningham

### CERTIFICATE OF CONFERENCE

On February 9, 2022, I contacted Matthew Kita, attorney for Defendant Nancy Pelletier, to confer regarding Motion for Default Judgment.  Mr. Kita stated that Nancy Pelletier is opposed to the relief sought in this Motion.

    */s/ Kristina L. Cunningham*
    Kristina L. Cunningham

## CERTIFICATE OF SERVICE

On February 16, 2022, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system *via E-Service and Email:*

| | |
|---|---|
| Matthew J. Kita | Michael A. Johnson |
| 3110 Webb Avenue, Suite 150 | 211 East Second St |
| Dallas, Texas 75205 | Hallettsville, Texas 77964 |
| matt@mattkita.com | maj@mikejohnsonlaw.net |

*/s/ Kristina L. Cunningham*
Kristina L. Cunningham

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| INTERBANK and<br>REAL ESTATE HOLDINGS, LLC, FOR<br>THE BENEFIT OF ITS SERIES B<br>       Plaintiffs,<br>v.<br><br>PELLETIER MANAGEMENT AND<br>CONSULTING, LLC,<br>GAETAN PELLETIER, individually and<br>as Trustee of the Nancy Pelletier<br>Preservation Trust, and<br>NANCY PELLETIER, individually and<br>as Trustee of the Gaetan Pelletier<br>Irrevocable Trust | §§§§§§§§§§§§§§ | Civil Action No. 6:21-cv-00024 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Robert Gantt, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. My name is Robert Gantt. I am over the age of twenty-one (21) years. I have never been convicted of a crime involving moral turpitude. Each fact stated in this affidavit is true and correct and within my personal knowledge.

2. I am Senior Vice President at InterBank. In this capacity, I have personal knowledge of accounts held at InterBank and the documents governing the loan in dispute in this matter.

3. The claim of Plaintiffs InterBank and Real Estate Holdings, LLC, For the Benefit of Its Series B (collectively herein, "**Plaintiffs**"), against Defendant Nancy Pelletier, individually and as Trustee of the Gaetan Pelletier Irrevocable Trust, is for the sum of $1,452,392.44, which represents the amount of $1,172,158.55 in principle, $274,268.15 in accrued and unpaid interest, and $5,965.74 in unpaid property protection advances and collection costs as of February 11, 2022, plus Plaintiffs' attorneys' fees, costs, and expenses.

_____
Robert Gantt

Sworn to and subscribed before me by Robert Gantt on February 15, 2022.

_____
Notary Public in and for the State of

MARIA ROSARIO ORTEGA
Notary Public, State of Texas
Comm. Expires 05-04-2023
Notary ID 11807084

1

042442\000006\6108007.v2