United States District Court
Southern District of Texas
**ENTERED**
March 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **INTERBANK et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | Civil Action No. 6:21-CV-00024 |
| | § | |
| **PELLETIER MANAGEMENT** | § | |
| **AND CONSULTING, LLC et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court is the Motion for Default Judgment filed by Plaintiffs InterBank and Real Estate Holdings, LLC, for the benefit of Series B. (Dkt. No. 27). The Plaintiffs seek a default judgment as to Nancy Pelletier, individually and as Trustee of the Gaetan Pelletier Irrevocable Trust, because she did not file an answer in accordance with the Court's December 17, 2021 order. (*Id.*). On December 17, 2021, the Court granted the Plaintiffs leave to amend and ordered the Defendants, including Nancy Pelletier, to "file their amended answer, counterclaim, or other responsive pleading no later than twenty-one days" later. (Dkt. No. 21). On January 19, 2022, two of the Defendants—Pelletier Management and Consulting, LLC and Gaetan Pelletier, individually and as Trustee of Nancy Pelletier Preservation Trust—filed an answer. (Dkt. No. 22). Nancy Pelletier did not file an answer until March 1, 2022—almost two weeks after the Plaintiffs filed the current Motion for Default Judgment. *Compare* (Dkt. No. 29) *with* (Dkt. No. 27).

The Motion for Default Judgment is premature. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). "After defendant's default has been entered, plaintiff may apply for a judgment based on such default." *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996); *accord* Fed. R. Civ. P. 55(b). The Plaintiffs did not obtain a clerk's entry of default. In any event, Nancy Pelletier has since filed an answer.

The Court **DENIES** the Motion for Default Judgment. (Dkt. No. 27).

It is SO ORDERED.

Signed on March 3, 2022.

                                                _/s/ Drew B. Tipton_
                                                **DREW B. TIPTON**
                                             **UNITED STATES DISTRICT JUDGE**